## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

JAMES SCOTT,

      Plaintiff,

vs.                            CASE NO.: 1:17-CV-138

ANUJA ENTERPRISES, INC.
d/b/a DANDY MARKET,

      Defendant.

_____/

## NOTICE OF REMOVAL

      Defendant, ANUJA ENTERPRISES, INC. d/b/a DANDY MARKET, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action and states as grounds for removal:

      1.     Plaintiff commenced this action, Case No. 01-2017-CA-1111, by filing a complaint in the Circuit Court, Eighth Judicial Circuit, in and for Alachua County, Florida.

      2.     Defendant was served with the Summons and the Complaint on May 4, 2017. Therefore, removal is timely under 28 U.S.C. § 1446(b).

      3.     The Complaint alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. As such, this action is subject to removal

based on federal question jurisdiction under 28 U.S.C. § 1331.

4.     Venue is proper in the Northern District of Florida, Gainesville Division, as the allegations giving rise to Plaintiff's claims allegedly occurred in Alachua County, Florida.

5.     Pursuant to 28 U.S.C. § 1446(a) and N.D. Fla. Loc. R. 7.2, copies of all pleadings, process, orders and papers filed in state court or served upon Defendant are being filed, attached hereto as Exhibit A.

6.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice is being served on Plaintiff and filed concurrently with the Clerk of Circuit Court of the Eight Judicial Circuit, in and for Alachua County, Florida.

Respectfully submitted,

/s/ Paul A. Donnelly
Paul A. Donnelly, Trial Counsel
Florida Bar No. 813613
paul@donnellygross.com
Jung Yoon
Florida Bar No. 599611
jung@donnellygross.com
Donnelly + Gross
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606
Telephone: (352) 374-4001
Facsimile: (352) 374-4046

Counsel for Defendant

/s/Herbert M. Webb
Herbert M. Webb
Florida Bar No. 160112
herbertmwebb@gmail.com
4400 NW 23rd Avenue
Gainesville, FL 32606
Telephone: (352) 372-5546
Facsimile: (352)378-3971

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-mail to Christopher J. Saba, Counsel for Plaintiff, on this 1st day of June, 2017.

Respectfully submitted,

/s/ Paul A. Donnelly